```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
KENNETH A. CAMPANELLI,

                    Plaintiff,

      - against -                        ORDER ADOPTING REPORT AND
                                         RECOMMENDATION
                                         07-CV-1502 (JS)(WDW)
THE VILLAGE OF LLOYD and JOSEPH
DONNARUMA, JOHN DOE (the name being
fictitious as his true identity
is unknown, and CHARLES FLYNN,
in their capacity as Police Officers
of the Village of Lloyd Harbor,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Darrin Berger, Esq.
                    83 Prospect Street
                    Huntington, New York 11743

                    Andrew J. Campanelli, Esq.
                    Campanelli & Associates, P.C.
                    129 Front Street
                    Mineola, New York 11501

For Defendants:     Brian S. Sokoloff, Esq.
                    Charles A. Martin, Esq.
                    Miranda & Sokoloff, LLP
                    240 Mineola Boulevard
                    Mineola, New York 11501
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall, issued April 17, 2008, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The

time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and DENIES Plaintiff's motion to amend, except for that portion of Plaintiff's motion which seeks to amend the caption of his Complaint to substitute Renald DiFonzo for John Doe.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   Central Islip, New York
         July  21 , 2008